UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

| | |
|---|---|
| William F. Nicklin, | Chapter 7 |
| | Case No. 19-35092 (CGM) |
| Debtor. | |

-------------------------------------------------------X

# ERRATA ORDER REGARDING MEMORANDUM DECISION

The Memorandum Decision Denying Defendants' Motion to Dismiss, dated February 27, 2023 (ECF No. 119), should be corrected as follows:

On page 4, the sentence entered as

"Between December 31, 2011 and April 30, 2012, the share price of APCO fell and resulted in the decline of the value of the APCO position from $11,104,877.60 to $57,621,681."

should be corrected to read as follows:

"Between December 31, 2011 and April 30, 2012, the share price of APCO fell and resulted in the decline of the value of the APCO position from $111,104,877.60 to $57,621,681."



**Dated: May 13, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**